IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:25-CV-00050-M-RN

| | | |
|---|---|---|
| HONORBRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ON MOTION TO STAY** |
| | ) | **DUE TO LAPSE IN** |
| v. | ) | **APPROPRIATIONS** |
| | ) | |
| MEHMET OZ, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

Federal


This matter is before the Court on the Federal Defendants' unopposed motion to stay all deadlines in this case for the length of the current lapse in congressional appropriations. For good cause shown:

IT IS HEREBY ORDERED that the motion is GRANTED. All deadlines in this case shall be stayed for the length of the current lapse in congressional appropriation.

IT IS FURTHER ORDERED that each deadline shall be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations). This order applies to any and all events and deadlines in the affected civil litigation (whether established by order, rule, or agreement), including but not limited to any scheduled proceedings, hearings, and/or discovery and pleading dates. This order does not pertain to trial dates, which shall be reset, if necessary, by separate order. Furthermore, the parties are warned that this order does not affect rights to or deadlines concerning appeal from any decision of this Court.

IT IS FURTHER ORDERED that this stay shall be lifted automatically at the designated expiration deadline, without further order of the Court.

Dated: October 20, 2025

Robert T. Numbers, II
United States Magistrate Judge